AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER 06 - 430 - M - 01

TO: __RICHARD ESPINOSA__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __DET. RICHARD ESPINOSA__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

_____, Washington, DC is a two story row home with a stone and brick front facade, having a lower half of multi-colored stone and an upper half of red brick. The unit has concrete steps on the right portion of the front with wood rails on each side of the steps. The steps lead to a white front door with a gold mail slot. The unit has a glass panel above the door, with '   " in black numbers. The front facade has five windows, two on the left side of the front door, and three above the front door. The top left window has an air conditioning unit in the window. Two of the top three windows have green awnings above them. **AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

As morefully described in Attachment A and B of Affidavit.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___October 16, 2006___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 06 2006 @ 12:20 pm    at Washington, D.C.

Date and Time Issued  DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer        Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/6/06 | 10/6/06 1600 | 1 w/ premisses |

INVENTORY MADE IN THE PRESENCE OF  Nothing taken

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

N/A

**FILED**

OCT 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

10/10/06

Subscribed, sworn to, and returned before me this date.

_____  10/10/06
U.S. Judge or U.S. Magistrate Judge       Date